**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DERRICK FORD** | **Case No.: 4:23-CR-00020-CDL-MSH-1** |

## **ORDER**

Defendant was indicted on July 12, 2023, ECF. 1, and arraigned on July 26, 2023, ECF 13. On August 8, 2023 a superseding indictment (Doc. 19) was filed and defendant appeared for an arraignment on August 16, 2023, ECF 21. A pretrial conference is currently scheduled for August 30, 2023. Defendant request a continuance and the government does not oppose. Specifically, Defendant will need time to review discovery and discuss the government's case in chief.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for <u>January 2024</u> and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 22nd day of August, 2023.

                                                S/Clay D. Land
                                                Clay D. Land, U.S. District Judge